UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FREEPORT MARINE SA,

                Plaintiff,

- against -

S.A.P.I. DOMICILE a/k/a S.A.P.I. S.P.A. or SOCIETA
AZIONARIA PRODOTTI INDUSTRIALI SPA
or SOCIETA AZIONARIA PROD OT,

                Defendant.
------------------------------------------------------------X

07 CIV 8579

07 Civ. _____

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: October 3, 2007
       New York, NY

                The Plaintiff,
                FREEPORT MARINE SA

                By: _____
                Kevin J. Lennon
                Nancy R. Peterson
                Patrick F. Lennon
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                facsimile (212) 490-6070
                kjl@lenmur.com
                nrp@lenmur.com
                pfl@lenmur.com