

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FREEPORT MARINE SA,

                Plaintiff,              07 Civ. 8579 (RWS)

- against -                            ECF CASE

S.A.P.I. DOMICILE a/k/a S.A.P.I. S.P.A. or SOCIETA
AZIONARIA PRODOTTI INDUSTRIALI SPA
or SOCIETA AZIONARIA PROD OT,

                Defendant.
----------------------------------------------------------X



## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance by the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The maritime attachment in this matter issued pursuant to Supplemental Admiralty Rule B is hereby vacated and all garnishee banks, including but not limited to, American Express Bank, are directed to immediately release all funds attached pursuant to the Ex-Parte Order(s) of Maritime Attachment issued herein.

Dated: October 16, 2007
       Southport, CT

                              The Plaintiff,
                              FREEPORT MARINE SA

                       By:_____
                          Nancy R. Peterson (NP 2871)
                          LENNON, MURPHY & LENNON, LLC
                          The Gray Bar Building
                          420 Lexington Ave., Suite 300
                          New York, NY 10170
                          Phone (212) 490-6050
                          Fax (212) 490-6070
                          nrp@lenmur.com

SO ORDERED
_____
   USDJ
10-17-07